

FILED
CLERK, U.S. DISTRICT COURT
4/12/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Marisol Aranda, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:15-cv-02471-WDK-PLA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARISOL ARANDA, individually and d/b/a VAPE PRODIGY, and VAPE PRODIGY, LLC, an unknown business entity d/b/a VAPE PRODIGY** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC., and defendants MARISOL ARANDA, individually and d/b/a VAPE PRODIGY, and VAPE PRODIGY, LLC, an unknown business entity d/b/a VAPE PRODIGY, that the above-entitled action is hereby dismissed **with prejudice** and in its entirety against MARISOL ARANDA and VAPE PRODIGY, LLC.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: April 12, 2018
**The Honorable William D. Keller**
**United States District Judge**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///